United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GUANGDONG CELL BIOTECHNOLOGY LTD,

Plaintiff,

v.

THOMAS CHRISTIAN SUDHOF,

Defendant.

Case No. 25-cv-08953-VKD

**ORDER DIRECTING DEFENDANT TO SHOW CAUSE WHY FIFTH COUNTERCLAIM SHOULD NOT BE STRICKEN**

Re: Dkt. No. 50

A party may file an amended pleading once, as a matter of course, "21 days after serving it," or "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

The Court's February 25, 2026 case management order set a May 26, 2026 deadline to file a motion to amend pleadings. *See* Dkt. No. 30 at 2. On July 20, 2026, the Court granted plaintiff Guangdong Cell Biotechnology Ltd.'s motion to dismiss defendant Thomas Christian Sudhof's counterclaims. Dkt. No. 49. The Court gave Dr. Sudhof limited leave to amend counterclaim 1 (misappropriation of name or likeness), counterclaim 2 (intentional misrepresentation), counterclaim 3 (negligent misrepresentation), and counterclaim 4 (unfair competition). *Id.* at 23. The Court dismissed counterclaim 5 (declaratory relief) without leave to amend. *Id.* The Court did not authorize Dr. Sudhof to add new counterclaims.

On August 3, 2026, Dr. Sudhof filed an amended counterclaim that includes a new counterclaim for breach of contract (counterclaim 5) without obtaining leave to do so. Dkt. No. 50

United States District Court
Northern District of California

¶¶ 55-60.

By **August 10, 2026, 4:00 p.m.**, Dr. Sudhof shall file a response to this order, showing cause why his fifth counterclaim for breach of contract should not be stricken for failure to comply with Rule 15 and as contrary to the Court's February 25, 2026 and July 20, 2026 orders.

**IT IS SO ORDERED.**

Dated: August 4, 2026

Virginia K. DeMarchi
United States Magistrate Judge